# Court of Appeals
# of the State of Georgia

ATLANTA,  March 10, 2017

*The Court of Appeals hereby passes the following order:*

### A17A0955.  QUANTAVIOUS HEAD v. THE STATE

Appellee's Motion to Remand in order that counsel may be appointed for Appellant, is hereby GRANTED by this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/10/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*